1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  MICHAEL A.,

12                              Plaintiff,

13          v.

14

15  KILOLO KIJAKAZI, Acting
    Commissioner of Social Security,

16

17                              Defendant.

18

Case No. 2:21-cv-03198-FLA (DFM)

**ORDER ACCEPTING REPORT AND
RECOMMENDATION OF UNITED
STATES MAGISTRATE JUDGE**

19

20          Pursuant to 28 U.S.C. § 636, the court has reviewed the pleadings and all the

21  records and files herein, along with the Report and Recommendation of the assigned

22  United States Magistrate Judge.  No objections to the Report and Recommendation

23  were filed, and the deadline for filing such objections has passed.  The court accepts

24  the findings, conclusions, and recommendations of the United States Magistrate

25  Judge.

26  / / /

27  / / /

28  / / /

1

1      IT IS THEREFORE ORDERED that Judgment be entered affirming the

2  decision of the Commissioner of Social Security and dismissing this action with

3  prejudice.

4

5  Dated: September 29, 2022

6                                                 _____

7                                              FERNANDO L. AENLLE-ROCHA

8                                              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28